The order below is hereby signed.

Signed: February 4 2021



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In Re:

GREYLIN LEROY THOMAS, JR.

Debtor

Case No. 19-00739-ELG
Chapter 13

### EMPLOYER'S PAYMENT ORDER

  IT APPEARING that GREYLIN LEROY THOMAS, JR., SSN: XXX-XX-2687, the debtor above named, has filed a plan under Chapter 13 of Title 11, United States Code, and that said plan was confirmed by the Court and,

  That under the provisions of 11 U.S.C. Section 1325(c), any entity from whom the debtor receives income shall pay all or any part of such income to the Trustee as may be ordered by the Court and a portion of the debtor's earnings from services are necessary for the execution of the debtor's plan.

  IT FURTHER APPEARING that the debtor is employed by:

    REDFIN CORPORATION
    1099 STEWART ST
    SUITE 600
    SEATTLE, WA  98101
    Attn: Payroll Dept.

  IT IS ORDERED, that the employer shall deduct the sum of $866.06 MONTHLY on or before the 5th day of each month, from the debtor's wages, salary or commission and pay the sum to:

    REBECCA A HERR TRUSTEE
    P O BOX 853
    MEMPHIS, TN  38101-0853
    (301) 805-4700

commencing with the first payment of wages, salary or commission after receipt of this Order, until further Order.

IT IS FURTHER ORDERED, that said employer notify said Trustee if the employment of said debtor be terminated and the reason for such termination;

IT IS FURTHER ORDERED, that until further Order of this Court, the Employer shall not make any deduction for account of any garnishment, wage assignment, credit union or any other purpose except deductions for income taxes, social security contributions, union dues, insurance or health and welfare plans pursuant to the Debtor's employment contract, collection of amounts due for repayment of any loan from a qualified employer-sponsored pension, profit-sharing or other tax-exempt retirement plan, and child support withholdings for current obligation pursuant to an order of a court of competent jurisdiction.

I ASK FOR THIS:
/s/Rebecca A. Herr
Rebecca A. Herr
Fed. Bar No. MD0032
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
(301) 805-4700
bherr@ch13md.com

cc:

GREYLIN LEROY THOMAS, JR. 2122 MASSACHUSETTS AVENUE NW
APT. 809
WASHINGTON, DC  20008
*Debtor*

BRIAN V LEE
1250 CONNECTICUT AVE NW
7TH FLOOR
WASHINGTON, DC  20036
*Attorney for Debtor*

REDFIN CORPORATION
1099 STEWART ST
SUITE 600
SEATTLE, WA  98101
*Employer*

REBECCA A. HERR
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
*Trustee*